U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'09 OCT 22 P3 51

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMMY R. PELTIER,

    Defendant.

Case No. 09-CR
[29 U.S.C. § 439(b)]

**09 CR-260**

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES THAT:

#### Allegations Common to All Counts

1. At all times material to Counts One and Two, the Independent Loomis Security Employees Union ("ILSEU") was a labor organization engaged in an industry affecting interstate commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.*

#### COUNT ONE

2. On or about July 10, 2006, in the State and Eastern District of Wisconsin, the defendant,

**TIMMY R. PELTIER,**

knowingly made a false statement and representation of material fact in a report and document required to be filed by the ILSEU with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form (LM-4) for ILSEU's fiscal year ending on March 31, 2006.

All in violation of Title 29, United States Code, Section 439(b).

## COUNT TWO

3.  On or about November 13, 2007, in the State and Eastern District of Wisconsin, the defendant,

**TIMMY R. PELTIER,**

knowingly made a false statement and representation of material fact in a report and document required to be filed by the ILSEU with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form (LM-4) for ILSEU's fiscal year ending on March 31, 2007.

All in violation of Title 29, United States Code, Section 439(b).

Date: 10/22/2009

MICHELLE L. JACOBS
United States Attorney